1  Your name: **RAJESH K SINHA**
2  Address: 38725 LEXINGTON ST  APT 119
3  FREMONT, CA 94536
4  Phone Number: 1-707-228-6943
5  E-mail Address: RAJESHSINHA2005@HOTMAIL.COM
6  Pro se

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco  ☒ Oakland  ☐ San Jose  ☐ Eureka

| | |
|---|---|
| RAJESH K SINHA <br> 38725 LEXINGTON ST #119 FREMONT <br> CA-94536 <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA <br><br><br><br><br> Defendant. | Case Number: 4:24-CV-00046-HSG <br><br> **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING** *[document title]* <br> Opposition to the recommendation <br><br><br><br> Judge: Hon. Haywood S. Gilliam . Jr |

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. 4:24-CV-00046-HSG           ; PAGE  1   OF 3 [*JDC TEMPLATE Rev.2017*]

1. The *[title of document]* ___Objection to the recommendations_____ is currently due on *[date]* _____03-22-2024_____

2. I respectfully request that the Court change this deadline to *[ new date]* _____04-12-2024___ (12TH OF APRIL 2024)_____

3. I have *[check box that applies]*:

    ☒ not already asked the Court to change this deadline.

    ☐ already asked the Court to change this deadline.

4. This change is necessary because *[explain]*:
___My mother passed away on 8th of March 2024. I am busy for her funeral and other rituals.as per Hindu religion. I am mentally disturbed and not in the right frame of mind to submit the opposition by 22nd of March 2024._ I therefore need time till 12th of April to submit the opposition response._____

5. I believe changing this deadline *[check one]*:

    ☐ will not affect any other deadlines.

    ☒ may affect these other deadlines and dates *[list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]*:

    1) Initial Case Management statement due by 04/01/2024

    2) Telephone Case Management Conference—9th of April 2024

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. 4:24-CV-00046-HSG_____; PAGE 2__ OF 3 [*JDC TEMPLATE Rev.2017*]

6. The opposing side *[check box that applies and explain]*:

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change, but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

Consent has not been sought because the defendant has not been served with the complaint.

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 03-14-2024          Signature: *[signature]*

Printed name: RAJESH SINHA

Pro Se

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The deadline for filing the of the objection to the Report and Recommendation is 4/12/2024.

IT IS SO ORDERED.

Date: 3/15/2024    [For Judge] *Haywood S. Gilliam Jr.* [signature]

[Judge's name] Haywood S. Gilliam, Jr.
United States District Judge

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. 4:24-CV-00046-HSG    ; PAGE 3 OF 3 [*JDC TEMPLATE Rev.2017*]