UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH K. SINHA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-cv-00046-HSG<br><br>**ORDER DECLINING TO ADOPT MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 8 |

Plaintiff Rajesh K. Sinha, proceeding *pro se* and *in forma pauperis*, commenced this action against the State of California. *See* Dkt. Nos. 1 & 3. On March 8, 2024, Magistrate Judge Sallie Kim issued an order directing that the case be reassigned to a district judge and a report and recommendation that the action be dismissed because Plaintiff's lawsuit is barred by sovereign immunity under the Eleventh Amendment. Dkt. No. 8 (the "Report and Recommendation"). Plaintiff has filed objections to the Report and Recommendation, asserting that the lawsuit may proceed notwithstanding the Eleventh Amendment. *See* Dkt. No. 14.

"The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1).

In the Report and Recommendation, Judge Kim recommended that the Court dismiss this action because Plaintiff has brought suit against the State of California, but California has not consented to being sued and Congress has not abrogated California's sovereign immunity for the

claims Plaintiff brings.  *See* Dkt. No. 8 at 2.[1]  Upon a de novo review of the Report and Recommendation, however, the Court cannot definitively conclude at the screening stage that the doctrine of sovereign immunity bars the entirety of Plaintiff's lawsuit.  Dismissal of this case hinges on the applicability of sovereign immunity as a defense, and the viability of this defense is challenging to ascertain when the Defendant has not been served with or responded to Plaintiff's complaint.  While the Court has significant skepticism that Plaintiff can overcome the sovereign immunity bar described by Judge Kim under these circumstances, in an abundance of caution, the Court **DECLINES** to adopt the Report and Recommendation.  The Court further **ORDERS** that the Clerk of Court issue summons and that the U.S. Marshal serve, without prepayment of fees, a copy of the complaint (Dkt. No. 1), with all corresponding attachments, and a copy of this order upon the Office of the Attorney General at 1300 I Street, Sacramento, CA 95814.  This order **TERMINATES AS MOOT** Plaintiff's motion for leave to file additional information in opposition to the Report and Recommendation.  Dkt. No. 18.

**IT IS SO ORDERED.**

Dated: 5/30/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] All references to page numbers in filings are to the ECF pagination at the top of the document.