IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAJESH K. SINHA,**<br><br>                                              Plaintiff,<br><br>       v.<br><br>**STATE OF CALIFORNIA,**<br><br>                                              Defendant. | Case No. 4:24-cv-00046-HSG<br><br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  Not yet set<br>Action Filed: February 16, 2024 |

### ORDER

This Court, having read and considered the Motion for Administrative Relief to Extend Deadline of Defendant's Responsive Pleading, filed by Defendant State of California, and finding good cause therefor, orders that the motion is hereby GRANTED.

Defendant State of California shall file a responsive pleading to plaintiff Rajesh K. Sinha's Amended Complaint (Dkt. No. 7) by August 23, 2024.

IT IS SO ORDERED.

Dated:     8/5/2024

*Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge