| | |
|---|---|
| 1 | Your Name: **RAJESH SINHA** |
| 2 | Address: 38725 LEXINGTON DR, #119 FREMONT, CA 94536 |
| 3 | Phone Number: 707-228-6943 |
| 4 | Fax Number: 309-408-3393 |
| 5 | E-mail Address: RAJESHSINHA2005@HOTMAIL.COM |
| 6 | Pro Se Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco  ☑ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

| | |
|---|---|
| **RAJESH SINHA** | Case Number: **4:24-cv-00046-HSG** |
| Plaintiff, | **ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING** |
| v. | |
| **STATE OF CALIFORNIA** | |
| Defendant. | Judge: Hon. **Haywood S. Gilliam, Jr.** |

1. The [title of document] **Response to Motion to Dismiss is currently due on 09-06-2024**

2. I respectfully request that the Court change this deadline to [new date] **09-20-2024**

3. I have [check one]:
   ☑ not already asked the Court to change this deadline.
   ☐ already asked the Court to change this deadline.

4. This change is necessary because [explain]: I had COVID last month and left me bedridden for twelve days. Despit DI deduction EDD will not pay for first eight days and 70% for last four days. I need to work extra shifts next two weeks to cope up with bills. I will have very little time to do reserach and respond to the Motion to Dismiss. I am also planning to submit 2nd amended complaint on the same day to take care of deficiencies.

5. I believe changing this deadline [check one]:

☐ will not affect any other deadlines.

☑ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers you need to file]: This may affect the hearing date which is currently scheduled for 10th of Oct 2024.

6. The opposing side [check one and explain]:

☐ has agreed to this change.

☐ has not agreed. I tried to obtain the opposing party's agreement to this change, but was unsuccessful. [State who you tried to reach, when, and the person's response]: Defendant mentioned that they will not object to this change of date. Pls see attached email communications.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date: 08-29-2024   Sign Name: _[signature]_

Print Name: RAJESH SINHA

[Do not write below this line]

Good cause appearing, the motion is GRANTED. The deadline for filing the response to Motion to Dismiss is [date] 09-20-2024.

IT IS SO ORDERED.

Date: 8/30/2024            [Signature] *Haywood S. Gilliam, Jr.*
                           [Judge's name] Haywood S. Gilliam, Jr.
                                          United States District/Magistrate Judge