| | | |
|---|---|---|
| 1 | Your Name: | RAJESH SINHA |
| 2 | Address: | 38725 LEXINGTON DR, #119 FREMONT, CA 94536 |
| 3 | Phone Number: | 707-228-6943 |
| 4 | Fax Number: | 309-408-3393 |
| 5 | E-mail Address: | RAJESHSINHA2005@HOTMAIL.COM |
| 6 | Pro Se Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☑ San Francisco  ☑ Oakland  ☐ San Jose  ☐ Eureka-McKinleyville

| | |
|---|---|
| RAJESH SINHA | Case Number: 4:24-cv-00046-HSG |
| Plaintiff, | **ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING OPPOSITION TO MOTION TO DISMISS** |
| v. | |
| STATE OF CALIFORNIA | |
| Defendant. | Judge: Hon. Haywood S. Gilliam, Jr |

1. The [title of document] Opposition to Motion to Dismiss is currently due on 09-20-2024

2. I respectfully request that the Court change this deadline to [new date] 10-04-2024 Incase motion/request to Leave to file 2nd amended complaint is not granted

3. I have [check one]:

   ☐ not already asked the Court to change this deadline.

   ☑ already asked the Court to change this deadline.

4. This change is necessary because [explain]: _____
   I have filed the response to opposition to request to leave to file my 2nd amended complaint
   In case my request to file 2nd amended complaint is not granted then I will need extra t
   time to reserach and prepare my response to defendant's motion to dismiss.

5. I believe changing this deadline [check one]:

   ☐ will not affect any other deadlines.

   ☑ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers you need to file]:
   This may affect the hearing date which is currently scheduled for 10th of Oct 2024.

6. The opposing side [check one and explain]:

   ☐ has agreed to this change.

   ☐ has not agreed. I tried to obtain the opposing party's agreement to this change, but was unsuccessful. [State who you tried to reach, when, and the person's response]:
   I did not have time to check with the defendant. In the first request to extend time for filing, the defendant did not object. Attached previous correspondence with the defendant..

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct.

Respectfully submitted,

Date: 09-19-2024    Sign Name: _____

Print Name: RAJESH SINHA

1  [Do not write below this line]

2

3     Good cause appearing, the motion is GRANTED. The deadline for filing the
4  response to Motion to Dismiss      is     10/4/2024                    .

5     IT IS SO ORDERED.

6

7  Date: 9/20/2024           [Signature] *Haywood S. Gilliam, Jr.*
8                            [Judge's name] Haywood S. Gilliam, Jr.
                                            United States District Judge

UPDATED 6/2024