1  Your name:___RAJESH SINHA

2  Address:38725 LEXINGTON STREE#119

3  FREMONT, CA 94536

4  Phone Number: 707-228-6943

5  E-mail Address: RAJESHSINHA2005@HOTMAIL.COM

6  Pro se

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10        Division *[check one]*: ☐ San Francisco ☒ Oakland ☐ San Jose ☐ Eureka

11                                          )
12        RAJESH SINHA                      )  Case Number: 4:24-cv-00046-HSG
                                            )
13            Plaintiff,                     )
                                            )
14        vs.                               )  **ORDER DENYING**
                                            )
15        STATE OF CALIFORNIA               )  **MOTION:**
                                            )  Allow to file additional document in response to
16                                          )  opposition to leave to file second amended
                                            )  complaint.
17                                          )
                                            )
18            Defendant.                     )
                                            )
19                                          )
                                            )
20                                          )
                                            )
21

22

23

24

25

26

27

28

CASE NO.: __**4:24-cv-00046-HSG**_ _____

1    Considering the papers and arguments, and finding good cause, the Motion to *[type of motion]*

2    _ Allow to file additional document in response to opposition to leave to file second amended

3    complaint._____

4    _____

5    is DENIED.

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21        IT IS SO ORDERED.

22   *[Do not write below.]*

23

24   Date:    9/30/2024

25   UNITED S                      Haywood S. Gilliam, Jr

26

27

28

CASE NO.:  __**4:24-cv-00046-HSG**_ _____

DENIED

*Haywood S. Gill Jr.*

Judge Haywood S. Gilliam Jr.