Your name: RAJESH SINHA

Address: 38725 LEXINGTON STREET #119

FREMONT, CA 94536

Phone Number: 707-2286943

E-mail Address: RAJESHSINHA2005@HOTMAIL.COM

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| RAJESH SINHA | Case Number: 4:24-cv-00046-HSG |
| Plaintiff, | **ADMINISTRATIVE MOTION AND [ORDER TO CHANGE DEADLINE FOR FILING** |
| vs. | **2nd AMENDED COMPLAINT** |
| STATE OF CALIFORNIA | Courtroom: 2 (4th **floor**) |
| | **Address:1301 Clay Street, Oakland, California 94612** |
| | Judge: Hon. Haywood S. Gilliam, Jr |
| Defendant. | |

1.  On **10-25-2024** this court granted defendant's Motion to Dismiss and granted the plaintiff to file 2nd Amended Complaint **within thirty days from the date of this order**. Amended pleading due **by 11-24-2024.** This order terminated as moot Docket No:30, 38, 42 & 44. Please see **Docket No -49** filed on **10-25-2024**. I respectfully request the court to grant an extension to file the 2nd amended complaint **by 9th of Dec 2024.**

Request to extend date for filing 2nd amended complaint
CASE NO. 4:24-cv-00046-HSG;

**REASONS**: I am facing eviction of my current apartment from the landlord. I am desperately looking for another place to life. I have been consistently looking for another job with a better salary for the last several years and have been doing so even as of today. In addition to these I am facing health issues which need proper rest and does not allow me to work extensively on the above issues after my night shifts. I get very little time to do my research to put together the 2nd amended complaint. I understand that no job can pay off my business debts and bring back my business and innovations efforts put in last several years. However, till I am alive I have to relentlessly try to survive whatever may be the future.

This extension will help me do adequate research possible to present to the court a proper 2nd amended complaint which will address the court issues and suggestions.

There is no court activity pending at this stage in this case _____

The defendant has been contacted and they will not oppose this motion. My communication with the defendant for the same is attached for your perusal.

I declare under the penalty of perjury that the above statements are true and correct.

Date: 11-18-2024 _____                Respectfully submitted,

                                            Signature: _____
                                            Printed name:  RAJESH SINHA____
                                            Pro Se

Request to extend date for filing 2nd amended complaint
CASE NO. 4:24-cv-00046-HSG;

[*Do not write below this line*]

## COURT ORDER

    Good cause appearing, the motion is GRANTED. The deadline for filing the 2ND AMENDED COMPLAINT is 12/9/2024.

    IT IS SO ORDERED.

Date:   11/18/2024        *[For Judge]* *Haywood S. Gilliam Jr.* (signature)

                                 *[Judge's name]* Hon. Haywood S. Gilliam, Jr.
                                       United States District Judge