Your name:___RAJESH SINHA_____

Address:_____38725 LEXINGTON STREET #119_____

_____FREMONT, CA 94536_____

Phone Number:_707-2286943_____

E-mail Address:_RAJESHSINHA2005@HOTMAIL.COM

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division *[check one]*: ☐ San Francisco ☑ Oakland ☐ San Jose ☐ Eureka

|  |  |
|---|---|
| ____RAJESH SINHA____ )<br>_____ )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>__STATE OF CALIFORNIA__ )<br>_____ )<br> )<br>Defendant. )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br>_____ ) | Case Number: 4:24-cv-00046-HSG<br><br>**ADMINISTRATIVE MOTION AND ORDER TO CHANGE DEADLINE FOR FILING THE SECOND TIME (as modified)**<br><br>**_2nd AMENDED COMPLAINT**<br><br>_Courtroom: 2  (4th **floor)**<br>**Address:1301 Clay Street, Oakland, California 94612**<br><br>Judge: Hon. Haywood S. Gilliam, Jr__ |

1.     On **10-25-2024** this court granted  defendant's Motion to Dismiss  and granted the plaintiff to file 2nd Amended Complaint **within thirty days from the date of this order**.   Amended pleading due **by 11-24-2024.**  This order terminated as moot Docket No:30, 38, 42 & 44. Please see **Docket No -49** filed on **10-25-2024**. On 11-18-2024 the court granted an extension to file the 2nd amended complaint by 12-09-2024.

2.     I respectfully request the court to grant an extension to file the 2nd amended complaint by **12-12-2024.** This is the second request for an extension.

 Request to extend date for filing 2nd amended complaint the second time.

CASE NO. 4:24-cv-00046-HSG;

REASONS: My computer had been having issues since Friday evening. Despite my other lingering issues I tried my best till now (10pm Sunday 8th of Dec 2024) complete the document so I may be able to submit it sometime tomorrow (12-09-2024). I just fixed my computer issues. In the process I have lost a few files as well. I will have to redo them. I just need three more days. I may finish it sooner. However, at this moment I do not know. I am extremely worried about the whole thing.

This extension will help me appropriately compile the data to present it to the court as a proper 2nd amended complaint which will address the court issues and suggestions as well.

There is no court activity pending at this stage in this case _____

I have sent an email to the defendant. Since it's Sunday night I am not expecting any response. I am worried that if in case the defendant is busy, and their response get delayed, then I may not be able to submit my request for extension on time and tomorrow is the last day of submission. Email copy to the defendant is attached for your perusal. If I get a timely response from the defendant, then I will submit that to the court electronically. I declare under the penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 12-08-2024_____        Signature:

Printed name: RAJESH SINHA_____

Pro Se

Request to extend date for filing 2nd amended complaint the second time.
CASE NO. 4:24-cv-00046-HSG;

1
2
3    [*Do not write below this line*]
4
5                                     <u>ORDER</u>
6
7            Good cause appearing, the motion is GRANTED. The deadline for filing
8
9    the SECOND AMENDED COMPLAINT is December 12, 2024.  The Court will
10   not grant any further extensions and the case will be dismissed if Plaintiff does not
11   amend by the December 12 deadline.
12   IT IS SO ORDERED.
13
14   Date:   12/9/2024
15                                     United States District Judge
16                                     Hon. Haywood S. Gilliam, Jr.
17
18
19
20
21
22
23
24
25
26
27
28

 Request to extend date for filing 2nd amended complaint the second time.
CASE NO. <u>4:24-cv-00046-HSG</u>;