UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH K. SINHA,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 24-cv-00046-HSG<br><br>**ORDER GRANTING MOTION TO FILE THIRD AMENDED COMPLAINT**<br><br>Re: Dkt. No. 59 |

Plaintiff Rajesh Sinha filed his second amended complaint on December 12, 2024. *See* Dkt. No. 54. After filing it, Plaintiff apparently realized there were a series of spelling and grammatical errors that he believes will affect Defendant's and the Court's ability to understand the materials. *See* Dkt. No. 59. Plaintiff therefore has filed an administrative motion to file a third amended complaint to correct these errors. *See id.* The Court **GRANTS** Plaintiff's motion and **DIRECTS** Plaintiff to file the third amended complaint and all relevant exhibits by Wednesday, December 18, 2024. The Court will not permit any further amendments or supplemental filings, for any reason, so Plaintiff is directed to carefully review his papers before filing them. The Court has already cautioned Plaintiff that it will not grant him any further extensions, *see* Dkt. No. 53, and the case will be dismissed if Plaintiff does not file his amended complaint by the December 18 deadline.

This terminates Dkt. No. 57.

    **IT IS SO ORDERED.**

Dated:   12/16/2024

                                                  HAYWOOD S. GILLIAM, JR.
                                                  United States District Judge